# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**DEBORAH LAUFER, Individually,**

      **Plaintiff,**

v.

**SRO HOTEL LLC d/b/a QUALITY INN MERRILLVILLE, a Domestic Limited Liability Company,**

      **Defendant.**

Case No.: 2:20-cv-00301-PPS-JPK

## NOTICE OF VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE

Plaintiff, by and through undersigned counsel, hereby moves this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

FOR THE PLAINTIFF:
*/s/ Kimberly A. Corkill*
Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (954) 478-7811
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 84942
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that September 7, 2021 I filed the foregoing using the Clerk of Court's CM/ECF e-filing system, which will serve all counsel of record electronically.

                                                /s/*Kimberly A. Corkill*
                                                 Attorney